**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TERRY DALE RAY**                                                                                   **PLAINTIFF**
**Reg #31931-064**

**v.**                                             **Case No: 2:23-cv-00072-LPR**

**C. EDGE,**
*Acting Warden, FCI – Forrest City, Arkansas*                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 9.

[2] The only minor tweak the Court wishes to make is the deletion of the word "substantive" from footnote 2 of the RD.