# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TERRY DALE RAY**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
Reg #31931-064

v.　　　　　　　　　　Case No: 2:23-cv-00072-LPR

**C. EDGE,**
*Acting Warden, FCI – Forrest City, Arkansas*　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE